No. 92–326.  IN RE MCDONALD;
No. 92–5527.  IN RE SMITH;
No. 92–5564.  IN RE WALKER; and
No. 92–5596.  IN RE ELLIS.  Petitions for writs of mandamus denied.

No. 92–265.  IN RE VASQUEZ, WARDEN, ET AL.  Petition for writ of mandamus dismissed as moot.

No. 91–2079.  GOOD SAMARITAN HOSPITAL ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 8th Cir. Certiorari granted.

No. 92–102.  DAUBERT ET UX., INDIVIDUALLY AND AS GUARDIANS AD LITEM FOR DAUBERT, ET AL. *v.* MERRELL DOW PHARMACEUTICALS, INC.  C. A. 9th Cir.  Certiorari granted.

No. 91–7604.  ANTOINE *v.* BYERS & ANDERSON, INC., ET AL. C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 91–7913.  BROWN *v.* ESTELLE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 91–8407.  WHEELER *v.* SIMS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–8451.  STARLING *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.